J S -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JANETH GONZALEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and DOES 1 through 10, inclusive ,<br><br>        Defendant. | Case No. 5:25-cv-01615-SSS (ASx)<br><br>Honorable Sunshine S. Sykes<br><br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed:      May 2, 2025<br>FAC Filed:        December 4, 2025<br>Trial Date:        Not Set |

CORE/3547685.3469/243488415.2 5/21/2026

JUDGMENT OF DISMISSAL

Case No. 5:25-cv-01615-SSS (ASx)

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint entered on May 13, 2026 [Dkt. No. 31], and the Court's prior Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint entered on November 20, 2025 [Dkt. No. 21], and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.     Plaintiff Janeth Gonzalez's First Amended Complaint is dismissed in its entirety with prejudice.

2.     Defendant Wells Fargo Bank, National Association shall recover its costs of suit from Plaintiff Janeth Gonzalez, to the extent allowable by law, upon the timely filing of a bill of costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.

3.     All other pending motions, if any, are denied as moot.

4.     The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____
Hon. Sunshine S. Sykes
United States District Judge

CORE/3547685.3469/243488415.2 5/21/2026

2

JUDGMENT OF DISMISSAL
Case No. 5:25-cv-01615-SSS (ASx)